# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

S.M., FATHER OF M.M., A CHILD,

    Appellant,

  v.

DEPARTMENT OF CHILDREN AND FAMILIES,

    Appellee.

Case No. 5D23-899
LT Case No. 2021-DP-000154

_____/

Decision filed July 3, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

David J. Joffe, of Joffe Law. P.A., Ft. Lauderdale, for Appellant.

Kelley Schaeffer, of Department of Children and Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, of Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS and PRATT, JJ., concur.